*J. L. Jernegan*, for the plaintiff.

---

CONWELL *v.* ATWOOD and Others.

Service of a writ by leaving it at the defendant's place of residence, is au-
thorized by the R. S. p. 674, s. 23; and the fact that the defendant was
absent in another state and was not actually notified of the suit until
the first day of the term at which the summons was returnable, affords
no reason for setting aside the return.

APPEAL from the *Franklin* Circuit Court.          *Wednesday, November 27.*

SMITH J.—This was an action of debt by *Atwood* and *Co.*,
against *Conwell*. By a bill of exceptions, it appears that,
on the 13th of *February*, 1849, at the *February* term of
the *Franklin* Circuit Court, said term having commenced
on the 5th of that month, on the cause being called for
trial, the defendant moved to set aside the sheriff's return
to the summons. That return was that the sheriff had
duly served the writ, by leaving copies at the boarding
house and store of the defendant, on the 23d of *January*,
1849. In support of the motion, the defendant filed an
affidavit, stating, that on the 20th of *January*, 1849, he
went to *Cincinnati, Ohio*, upon necessary business, and
necessarily remained away from his usual place of busi-
ness, until the 1st day of *February*, 1849, and that he was
not advised of the service of a summons in this cause,

by leaving a copy at his place of residence, until the 5th of *February*, 1849.

This motion was overruled, and the plaintiff had judgment *nil dicit*.

The motion to set aside the sheriff's return, was properly overruled. The service by leaving a copy at the defendant's place of residence, was authorized by the statute. R. S. p. 674, s. 23. The fact that the defendant was absent in another state, and was not actually notified of the suit until the first day of the term at which the summons was returnable, affords no reason for setting aside the return. There might be cases in which a continuance would be proper, when a defendant should not be really notified by such a service of process in time to prepare a defence, but we can perceive no ground whatever for the motion made on this occasion.

*Per Curiam.*—The judgment is affirmed with 5 *per cent.* damages and costs.

*J. D. Howland*, for the appellant.

*G. G. Holland*, for the appellees.